ALFRED H. COLVARD, GRAHAM COUNTY et al. v. C. M. DICUS and J. P. DICUS, Trading as DICUS BROTHERS.

(Filed 22 January, 1930.)

**Appeal and Error J c—Judgment supported by findings of fact supported by evidence is conclusive.**

Upon jury trial being waived under an agreement that the judge should find the facts, his judgment thereon is conclusive on appeal when the evidence supports the facts upon which the judgment was entered.

Civil action, before *McElroy, J.*, at Fall Term, 1929, of Graham.

*Morphew & Morphew and R. L. Phillips for plaintiff.*
*T. N. Jenkins and Alley & Alley for defendant.*

PER CURIAM. A jury trial was waived and the trial judge found the facts and entered judgment thereon. There was evidence to support the findings of fact, and the facts found support the judgment. In such event the findings of fact and the judgment thereon are conclusive. *Eley v. R. R.,* 165 N. C., 78, 80 S. E., 1064; *Holmes Electric Co. v. Carolina Power and Light Co.,* 197 N. C., 766.

Affirmed.